NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**AQUEL RASHEED,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7087

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3758, Judge Ronald M. Holdaway.

---

## ON MOTION

---

## ORDER

The Secretary of Veterans Affairs moves without opposition to stay the briefing schedule in this appeal pending the United States Supreme Court's final disposition of *Henderson v. Shinseki*, 2010 WL 752370 (U.S. June 28, 2010).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the Supreme Court's final disposition of *Henderson* is granted. The parties are directed to inform this court, within 14 days of the Supreme Court's final disposition of *Henderson*, concerning how they believe that this appeal should proceed.

FOR THE COURT

__JUL 2 7 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2010

JAN HORBALY
CLERK